# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SHYCHEEKIA BLACKMON | § |
| | § Civil Action No. 4:18-CV-37 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Application for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #12) and Commissioner's Response (Dkt. #14), wherein Defendant does not object to the requested fee, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application (Dkt. #12) is **GRANTED**, and the Commissioner is directed to pay five hundred and thirty-one dollars and eighty-three cents ($531.83) in attorney's fees, with such payment payable to Plaintiff, and such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 10th day of August, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE